UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:

                                                        CASE NO.: 10-37347

Jeffrey Burfeindt,

                                                        Chapter 7

                    DEBTORS.
------------------------------------------------------X

## ORDER APPROVING DEBTOR'S REQUEST FOR ADJOURNMENT

      Pursuant to a letter dated December 10, 2010, the Debtor's request for an adjournment of the Hearing to consider the Motion to Reconsider Dismissal of the Case currently scheduled for December 14, 2010 at 9:30 AM is hereby

      **ORDERED**, that the hearing will be adjourned and held on **_December 28, 2010 at 9:00 AM at the Courthouse located at 355 Main Street, Poughkeepsie, New York_**.

Dated: December 13, 2010
       Poughkeepsie, New York

                                                    /s/ Cecelia G. Morris
                                                    Hon. Cecelia G. Morris
                                                    United States Bankruptcy Judge